Craig K. Perry
Nevada State Bar No. 3786
Craig K. Perry & Associates
2300 W. Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (702) 228-4777
Facsimile: (702) 943-7520

Attorneys for Plaintiff
*Christopher Laccinole*
*on behalf of himself and all others similarly situated*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

## RENO DIVISION

| | |
|---|---|
| CHRISTOPHER LACCINOLE, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GRANITE BAY ACCEPTANCE, INC., <br><br> Defendant. | Case No. 3:26-cv-00056 <br><br> **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Plaintiff Christopher Laccinole and Defendant Granite Bay Acceptance, Inc. ("Granite Bay") (collectively "Parties) hereby submit this stipulation to extend the time for Granite Bay to respond to Plaintiff's complaint pursuant to Local Rule IA 6-1 ("Stipulation"). This is the Parties' First Request.

Granite Bay's responsive pleading is currently due on March 4, 2026, and the Parties jointly stipulate to extend to extend Granite Bay's deadline to respond to Plaintiff's complaint until March 25, 2026. Granite Bay has retained counsel in this matter but has not yet retained local counsel.

The Parties are currently engaged in a cooperative investigation of the facts of the case and possible resolution. This extension will allow the Parties to meet and confer regarding the allegations of the complaint and to avoid the incurrence of the Court's resources and attorneys' fees if this matter may be informally resolved.

1

The Parties stipulate and agree that Granite Bay shall have an extension until March 25, 2025 to file its responsive pleading.

DATED:  February 26, 2026                    CRAIG K. PERRY & ASSOCIATES


By:   /s/ Craig K. Perry
        Craig K. Perry
        Attorneys for Plaintiff
        Christopher Laccinole

DATED:  February 26, 2026                    BUCHALTER
                                             A Professional Corporation


By:   /s/ Steve Winick
        Steve Winick
        Attorneys for Defendant
        Granite Bay Acceptance, Inc.
        Not admitted to practice in Nevada

**IT IS SO ORDERED.**


DATED: February 26, 2026.


_____
UNITED STATES MAGISTRATE JUDGE

2