Craig K. Perry
Nevada State Bar No. 3786
Craig K. Perry & Associates
2300 W. Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (702) 228-4777
Facsimile: (702) 943-7520

Attorneys for Plaintiff
Christopher Laccinole,
on behalf of himself and all others similarly situated

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

### RENO DIVISION

| | |
|---|---|
| CHRISTOPHER LACCINOLE, on behalf of himself and all others similarly situated, | Case No. 3:26-CV-00056-ART-CLB |
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | |
| GRANITE BAY ACCEPTANCE, INC., | [ECF No. 11] |
| Defendant. | |

Plaintiff Christopher Laccinole and Defendant Granite Bay Acceptance, Inc. ("Granite Bay") (collectively "Parties) hereby submit this stipulation to extend the time for Granite Bay to respond to Plaintiff's complaint pursuant to Local Rule IA 6-1 ("Stipulation"). This is the Parties' Second Request.

Granite Bay's responsive pleading is currently due on March 25, 2026, and the Parties jointly stipulate to extend to extend Granite Bay's deadline to respond to Plaintiff's complaint until April 16, 2026. Granite Bay has retained counsel in this matter but has not yet retained local counsel.

The principal representative of Granite Bay recently underwent a surprise quadruple bypass. Because of this, the settlement negotiations between the parties have proceeded more slowly than expected. The Parties remain engaged in a cooperative investigation of the facts of the case and possible resolution. This extension will allow the Parties to meet and confer

1

regarding the allegations of the complaint and to avoid the incurrence of the Court's resources and attorneys' fees if this matter may be informally resolved.

The Parties stipulate and agree that <u>Granite Bay shall have an extension until April 16, 2026 to file its responsive pleading.</u>

DATED:  March 31, 2026                    CRAIG K. PERRY & ASSOCIATES


By:   /s/ Craig K. Perry
                    Craig K. Perry
                    Attorneys for Plaintiff
                    Christopher Laccinole,
                    on behalf of himself and all others
                    similarly situated

DATED:  March 31, 2026                    BUCHALTER
                    A Professional Corporation


By:   /s/ Steve Winick
                    Steve Winick
                    Attorneys for Defendant
                    Granite Bay Acceptance, Inc.
                    Not admitted to practice in Nevada

**IT IS SO ORDERED.**


DATED: April 3, 2026


_____
UNITED STATES MAGISTRATE JUDGE