Craig K. Perry
Nevada State Bar No. 3786
Craig K. Perry & Associates
2300 W. Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (702) 228-4777
Facsimile: (702) 943-7520

Attorneys for Plaintiff
Christopher Laccinole,
on behalf of himself and all others similarly situated

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

### RENO DIVISION

| | |
|---|---|
| CHRISTOPHER LACCINOLE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRANITE BAY ACCEPTANCE, INC.,<br><br>Defendant. | Case No. 3:26-cv-00056-ART-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[ECF No. 13] |

Plaintiff Christopher Laccinole and Defendant Granite Bay Acceptance, Inc. ("Granite Bay") (collectively "Parties) hereby submit this stipulation to extend the time for Granite Bay to respond to Plaintiff's complaint pursuant to Local Rule IA 6-1 ("Stipulation"). This is the Parties' Third Request.

Granite Bay's responsive pleading is currently due on April 16, 2026, and the Parties jointly stipulate to extend to extend Granite Bay's deadline to respond to Plaintiff's complaint until April 27, 2026. Granite Bay has retained counsel in this matter but has not yet retained local counsel.

The parties have reached a tentative settlement agreement, but there remains an unresolved issue regarding the scope of the release. The requested extension will allow the Parties some additional time to attempt to resolve this issue.

///

1

The Parties stipulate and agree that Granite Bay shall have an extension until April 24, 2026 to file its responsive pleading.

DATED:  March 31, 2026

CRAIG K. PERRY & ASSOCIATES

By:  /s/ Craig K. Perry
         Craig K. Perry
         Attorneys for Plaintiff
         Christopher Laccinole,
         on behalf of himself and all others
                  similarly situated

DATED:  March 31, 2026

BUCHALTER
A Professional Corporation

By:  /s/ Steve Winick
         Steve Winick
         Attorneys for Defendant
         Granite Bay Acceptance, Inc.
         Not admitted to practice in Nevada

**IT IS SO ORDERED.**

DATED: April 17, 2026

_____
UNITED STATES MAGISTRATE JUDGE

2