# **Docketed In Error**